IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 8249 |
| v. | ) ) ) | Honorable Judge Norgle |
| WELLDYNE, INC., and WELLDYNERX, INC., and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Martin |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff hereby informs the Court that the parties have reached a settlement in principle, but require additional time to memorialize the settlement in writing. Plaintiff expects to complete the settlement and file a Stipulation of Dismissal within 30 days.

                                      Respectfully submitted,

                                      s/ Dulijaza Clark
                                      Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza(Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Dulijaza Clark, certify that on January 22, 2013, a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

>
> Edward C. Eberspacher
> O'Hagan LLC
> One East Wacker Drive, Suite 3400
> Chicago Illinois 60601

                                            s/ Dulijaza Clark
                                            Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza(Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)